JS 44 (Rev. 12/12)

# CIVIL COVER SHEET

**FILED**

**Dec 16 2019**

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

**I. (a) PLAINTIFFS**

Cyrus A. Parsa, The AI Organization, John Does 1-7,900,000,000 Victims of Persecution, Genocide

**DEFENDANTS**

Google L.L.C, DeepMind, Facebook, Alphabet, Neuralink, Elon Musk, Tesla Inc, Mark Zuckerberg, SOUTHERN DISTRICT OF CALIFORNIA Sundar Pichai, PR NewsWire, John Doe 1-29
s/ soniad                    DEPUTY

**(b)** County of Residence of First Listed Plaintiff  San Diego,
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant  Mount View, Californ
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE:  IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*

Attorneys *(If Known)*

**'19CV2407 CAB AHG**

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- ☐ 1  U.S. Government Plaintiff
- ☒ 3  Federal Question *(U.S. Government Not a Party)*
- ☐ 2  U.S. Government Defendant
- ☐ 4  Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated *or* Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

**CONTRACT**
- ☐ 110 Insurance
- ☐ 120 Marine
- ☐ 130 Miller Act
- ☐ 140 Negotiable Instrument
- ☐ 150 Recovery of Overpayment & Enforcement of Judgment
- ☐ 151 Medicare Act
- ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans)
- ☐ 153 Recovery of Overpayment of Veteran's Benefits
- ☐ 160 Stockholders' Suits
- ☐ 190 Other Contract
- ☐ 195 Contract Product Liability
- ☐ 196 Franchise

**REAL PROPERTY**
- ☐ 210 Land Condemnation
- ☐ 220 Foreclosure
- ☐ 230 Rent Lease & Ejectment
- ☐ 240 Torts to Land
- ☐ 245 Tort Product Liability
- ☐ 290 All Other Real Property

**TORTS**

PERSONAL INJURY
- ☐ 310 Airplane
- ☐ 315 Airplane Product Liability
- ☐ 320 Assault, Libel & Slander
- ☐ 330 Federal Employers' Liability
- ☐ 340 Marine
- ☐ 345 Marine Product Liability
- ☐ 350 Motor Vehicle
- ☐ 355 Motor Vehicle Product Liability
- ☐ 360 Other Personal Injury
- ☐ 362 Personal Injury - Medical Malpractice

**CIVIL RIGHTS**
- ☒ 440 Other Civil Rights
- ☐ 441 Voting
- ☐ 442 Employment
- ☐ 443 Housing/ Accommodations
- ☐ 445 Amer. w/Disabilities - Employment
- ☐ 446 Amer. w/Disabilities - Other
- ☐ 448 Education

PERSONAL INJURY
- ☐ 365 Personal Injury - Product Liability
- ☐ 367 Health Care/ Pharmaceutical Personal Injury
- ☐ 368 Asbestos Personal Injury Product Liability

PERSONAL PROPERTY
- ☐ 370 Other Fraud
- ☐ 371 Truth in Lending
- ☐ 380 Other Personal Property Damage
- ☐ 385 Property Damage Product Liability

**PRISONER PETITIONS**
Habeas Corpus:
- ☐ 463 Alien Detainee
- ☐ 510 Motions to Vacate Sentence
- ☐ 530 General
- ☐ 535 Death Penalty
Other:
- ☐ 540 Mandamus & Other
- ☐ 550 Civil Rights
- ☐ 555 Prison Condition
- ☐ 560 Civil Detainee - Conditions of Confinement

**FORFEITURE/PENALTY**
- ☐ 625 Drug Related Seizure of Property 21 USC 881
- ☐ 690 Other

**LABOR**
- ☐ 710 Fair Labor Standards Act
- ☐ 720 Labor/Management Relations
- ☐ 740 Railway Labor Act
- ☐ 751 Family and Medical Leave Act
- ☐ 790 Other Labor Litigation
- ☐ 791 Employee Retirement Income Security Act

**IMMIGRATION**
- ☐ 462 Naturalization Application
- ☐ 465 Other Immigration Actions

**BANKRUPTCY**
- ☐ 422 Appeal 28 USC 158
- ☐ 423 Withdrawal 28 USC 157

**PROPERTY RIGHTS**
- ☐ 820 Copyrights
- ☐ 830 Patent
- ☐ 840 Trademark

**SOCIAL SECURITY**
- ☐ 861 HIA (1395ff)
- ☐ 862 Black Lung (923)
- ☐ 863 DIWC/DIWW (405(g))
- ☐ 864 SSID Title XVI
- ☐ 865 RSI (405(g))

**FEDERAL TAX SUITS**
- ☐ 870 Taxes (U.S. Plaintiff or Defendant)
- ☐ 871 IRS—Third Party 26 USC 7609

**OTHER STATUTES**
- ☐ 375 False Claims Act
- ☐ 400 State Reapportionment
- ☐ 410 Antitrust
- ☐ 430 Banks and Banking
- ☐ 450 Commerce
- ☐ 460 Deportation
- ☐ 470 Racketeer Influenced and Corrupt Organizations
- ☐ 480 Consumer Credit
- ☐ 490 Cable/Sat TV
- ☐ 850 Securities/Commodities/ Exchange
- ☐ 890 Other Statutory Actions
- ☐ 891 Agricultural Acts
- ☐ 893 Environmental Matters
- ☐ 895 Freedom of Information Act
- ☐ 896 Arbitration
- ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision
- ☐ 950 Constitutionality of State Statutes

## V. ORIGIN *(Place an "X" in One Box Only)*

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from Another District *(specify)*
- ☐ 6 Multidistrict Litigation

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:

Brief description of cause:
Endangering Humanity, Misuse of Artificial Intelligence, Negligence, Article 2 and 3 . Complicity Genocide Convention

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

**DEMAND $**
2.3 Trillion

CHECK YES only if demanded in complaint:
**JURY DEMAND:**  ☐ Yes  ☒ No

## VIII. RELATED CASE(S) IF ANY

*(See instructions):*

JUDGE _____  DOCKET NUMBER _____

DATE  12-16-19

SIGNATURE OF ATTORNEY OF RECORD  Cyrus Parsa

**FOR OFFICE USE ONLY**

RECEIPT # _____  AMOUNT _____  APPLYING IFP _____  JUDGE _____  MAG. JUDGE _____

**FILED**

Dec 16 2019

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ s/ scniad _____ DEPUTY

1  Cyrus A. Parsa, The AI Organization
   4275 Executive Square Suite 200
2  La Jolla, California, 92037
   Phone Number (805-996-0135)
3  Email: Consult@theaiorganization.com

4

5  Cyrus A. Parsa, The AI Organization, PRO SE,

6

7  **UNITED STATES DISTRICT COURT SOUTHERN**

8  **DISTRICT OF CALIFORNIA**

9

10

11 The AI Organization, Inc, Cyrus A. Parsa, Victims of      )  Case No.:  **'19 CV 2407 CAB AHG**
   Persecution, Rape, Torture, Concentration Camps,         )
12 Sex, Human and Organ Trafficking and Organ               )
   Harvesting in China, Hong Kong, America and Around       )
13 the World, not limited to democracy activists, Falun     )  **COMPLAINT:**
   Dafa Practitioners, Uyghurs, Christians, Tibetans,       )
14 Judges, Lawyers and Journalists tortured and killed in   )
   China. John Does 1-Unlimited                             )
15                                                          )
            Plaintiff(s),                                   )  (1) MISUSE OF ARTIFICIAL
16                                                          )      INTELLIGENCE, CYBERNETICS,
        vs.                                                 )      ROBOTICS, BIOMETRICS,
17                                                          )      BIOENGINEERING, 5G AND
   Google L.L.C, Facebook Inc, DeepMind Inc, Alphabet       )      QUANTUM COMPUTING
18 Inc, Neuralink Inc, Tesla Inc, Larry Page, Sergey Brin,  )      TECNNOLOGY
   Sundar Pichai, Mark Zuckerberg , Elon Musk, CISON        )
19 PR NewsWire & John Doe's 1-29                            )  (2) ENDANGERING THE HUMAN
            Defendant(s).                                   )      RACE WITH THE MISUSE OF
20                                                          )      ARTIFICAL INTELLIGENCE
                                                            )      TECHNOLOGY
21                                                          )
                                                            )  (3) TRANSFER OF AI WEAPON
22                                                          )      TECHNOLOGY TO CHINA
                                                            )
23                                                          )  (4) COMPLICTY IN GENOCIDE,
                                                            )      CHINA
24
                                                               (5) VIOLATION OF ARTICLE 1
25                                                                 GENOCIDE CONVENTION
26                                                             (6) VIOLATION OF ARTICLE 2
                                                                 GENOCIDE CONVENTION,
27                                                             (7) VIOLATION OF ARTICLE 3
28                                                                 GENOCIDE CONVENTION,

- 1 -

INSERT DOCUMENT TITLE (e.g., MOTION TO STRIKE)

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

(8)VIOLATION OF ARTICLE 4
GENOCIDE CONVENTION,
(9)SOCIAL ENGINEERING OF THE
HUMAN RACE WITH ARTIFICAL
INTELLIGENCE

(10)BIO-DIGITAL SOCIAL
PROGRAMMING OF THE HUMAN
RACE BY USE OF THEIR
BIOMETRICS & ARTIFICIAL
INTELLIGENCE
(11)BRAIN WASHING HUMANITY
WITH A.I. CODING & ALGORITHM
BIAS
(12) CULTURAL GENOCIDE BY
MISUSE OF ARTIFICIAL
INTELLIGENCE
(13)BREACH OF IMPLIED
COVENANT OF GOOD FAITH AND
FAIR DEALING
(14)DEFAMATION
(15)NEGLIGENT INFLICTION OF
EMOTIONAL DISTRESS
(16)NEGLIGENT CREATION OF
NAFARIOUS AI TECHNOLOLGY
17)MASKING GENOCIDE WITH AI
TECHNOLOGY
18)FRAUD AND INTENTIONAL
DECEIT
(19)NEGLIGENT
MISPREPESENTATION
(20)RELIGIOUS DISCRIMINATION
(21)FAILURE TO ENGANGE IN
INTERACTIVE PROCESS
(22) A.I. CENSORSHIP and Banning
"AI, Trump, China & the
Weaponization of Robotics with 5G"
and Masking "Artificial Intelligence
Dangers to Humanity" with use of
Artificial Intelligence
(23) AI ALGORITHM MISUSE & AI
algorithmic biometric manipulation

24)BREACH OF PRIVACY
(25)VIOLATION OF THE
NUREMBURG CODE
(26) CREATING AN ARTIFICIAL
INTELLIGENCE SYSTEM THAT
CAN RECOGNIZE AND DECODE IF
HUMANS ARE RESISITANT TO
ARTIFICIAL INTELLIGENCE

**DEMAND FOR TRIAL BY JUDGE**

**I. RELATED CASES a. Do you have other Civil Case(s) in this or any other federal court? NO**

**II. STATEMENT OF CLAIM**

## CASE SUMMARY FACTS

**Endangering Humanity with the misuse of Artificial Intelligence, Complicity in Genocide, and Aiding in Physical Genocide inside of China by transferring AI Technology, Engaging in Cultural Genocide of Humanity, & Controlling and programming the Human Race by Social Engineering via AI coding and AI algorithmic biometric manipulation**

Endangering and Threatening all of the world's citizens, and humanity by misusing and weaponizing Artificial Intelligence, Quantum Computing, Robotics, 5G, Machines, Smart Phones, Smart Homes, Smart Cities, IoT's, Holograms, Mixed Reality, Nano-Technology, Cloning, Gen-Editing, Cybernetics, Bio-Engineering, and the creation of a digital AI Brain linked to Google's Search engine with the use and extraction of humanities bio-Metrics data, digital bio-metric codes including facial, voice, health, organ, neural network and body recognition technology. Thus, controlling humanities thoughts, actions, biology, bio-metrics, brain neural pathways, the human

INSERT DOCUMENT TITLE (e.g., MOTION TO STRIKE)

bodies neural networks that reprograms all human beings through social engineering and bio-digital social programming, without their consent, knowledge, understanding, or free will.  Extracting humanities digital footprints in breach of the Nuremberg Laws, **FTC Act** (15 U.S.C. §§ 41-58 and Engaging in irresponsible and unsafe Research and development of Artificial General Intelligence or Artificial Super Intelligence that could enslave or kill off humanity or give the power to the defendants to enslave humanity in numerous ways on the 5G and other developing networks.

2. *Negligence and Complicity in Persecution and Genocide of millions in China, per Article's 1, 2, 3 and 4 of the Genocide Convention, and 18 U.S.C.A. § 1091*
*§ 1091.* ***Genocide, not limited to Democracy Activits, Falun Dafa Practitioners, Christians, Uyghurs, Tibetans, Journalists, Judges, Lawyers, and Academics inside of China.***

3. Transferring and Providing to China, China's Government and its Companies, knowledge, data, capabilities and technology to weaponize Artificial Intelligence, Quantum Computing, Machines, Robotics, 5G, Bio-Metrics, Cybernetics, Bio-Engineering, IoT's, Computer Vision, and Human Tracking Technology, and technology that can give China access to Artificial General Intelligence or Artificial Super Intelligence, that endangers the world, and all of humanity, including AI weaponry for assassination.  In violation of **Breach of  Arms Control and Disarmament Act [22 U.S.C. 2551 and Foreign Assistance Act of 1961, as amended [22 U.S.C. 2151, 22 U.S. Code § 2752.Coordination with foreign policy, 22 U.S. Code § 2753. Eligibility for defense services or defense articles, 22 U.S. Code § 2754. Purposes for which military sales or leases by the United States are authorized; report to Congress, Arms Control and Disarmament Act of 1961, 22 U.S.C. § 2551, Atomic Energy Act of 1954, 42 U.S.C. §§ 2011-2021, 2022-2286i, 2296a-2297h-13,**

- 4 -

4. Providing to China and Chinese Companies, AI, Health Data and Bio-Metric Technology used for surveillance, tracking, hunting, quarantine, capture, arrest, torture, concentration camps, organ harvesting, and organ trafficking that contributed to the death of Chinese Citizens, including Falun Dafa Practitioners, Uyghurs, Democracy activists, Christians, Tibetans, judicial representatives, professors, journalists, and minority groups, not limited to any gender, race, political affiliation, faith, or persons residing in China. Same violation of fact numbers 2 and 3.

5. Providing to China's government, their corporations and nefarious entities, Facial Recognition, Voice Recognition, Body Detection, Skeleton Detection, Vital Organ Recognition, Emotion detection, Skin and Health Biometric and other AI technology that led to persecution, torture, organ harvesting, death and cremation of human beings in China, not limited to Uighur, Falun Dafa, Christian, Tibetan, Democracy activists, judges, attorneys, common citizens and other minority groups. Endangering the world by Weaponizing China's AI Capabilities that is be laid on the (BRI) One Belt One Road linking Asia, Middle East, Africa and Europe, endangering all of humanity. Same violations of facts number 1, 2 and 3.

6. Misrepresenting to the world and deceiving the U.S on Google's activities in China and their technology transfers that contributed to China's Quantum AI advancements, surveillance, abuse, torture, concentration camps and murder of its own citizens. Same violations of facts number 1, 2 and 3.

7. Providing health, bio-metric, financial and social network data of Americans, and the world citizenry that is in the hands of the Chinese government, endangering the world and all its peoples on the 5G network.

INSERT DOCUMENT TITLE (e.g., MOTION TO STRIKE)

8.  Creating an interconnected platform between Facebook, Google, Alphabet, all entities under Neuralink, and DeepMind that allows for a digital brain to connect to the internet, all digital and bio-digital networks, human bodies, machines, robotics, IoT's, Augmented Reality, Virtual Reality, Mixed Reality, Holograms and other technologies, that can be used for surveillance, to track, manipulate, control, social engineer, re-engineer, reprogram, brain wash, hunt, quarantine, threaten, arrest, commit cultural genocide, and kill human beings by machines, Bio-Digital AI, Digital AI, and robotics connected to the 5G, 6G and other networks and corporate command centers.

9.  Creating platforms that is on the verge of developing Artificial General Intelligence and the Subsequent Super Intelligence that will be beyond the control of the human beings working at Neuralink, Alphabet, DeepMind, Google, Facebook or governments.

10.     In violation of Article 1, 2, 3 and 4 of the Genocide Convention for weaponizing China's Artificial Intelligence, Facial, Voice and Other Bio-Metric technology that were used on Chinese citizens.  Not to exclude genetic experimentation of human beings in Chinese concentration camps, including hybrid human experiments within the concentration camps.

11.     Introducing, planning, promoting and engaging in physical and cultural genocide to humanity by replacing their neural network operating systems with Artificial Intelligence and Machines, merging humans with machines with the interconnection of the internet, internal tech experimentations of defendants and consumer products promoted, provided and transferred by the defendants to the public directly and indirectly.

12.     Reprogramming and social engineering humanities thoughts and brain chemistry via AI algorithms in the internet, social media, apps, smart phones, IoT's, computers, wearable devices, implanted technology, virtual reality, augmented reality, mixed reality, holograms, and alternate reality. Not informing and explaining to humanity that their brain chemistry is altered by a replicating software as they engage with the defendants products and services, nor that their thoughts and actions can be manipulated and

controlled by smart phones, apps and IoT in connection with the network platforms, technologies and initiatives Google, Alphabet, Facebook, Neuralink, DeepMind, and Tesla are providing and introducing to the public, in turn giving these tech giants complete control and influence over Americans, and humanity.

13.      Weaponizing AI by Utilizing humanities bio-metric and social media data and misusing the technology by Controlling the Human Race and its thoughts through Social Engineering and bio-digital social programming by using people's bio-metric systems through Google and Facebooks eco systems, coding, algorithm unfairness, with the use of social media data, their emotions, weaponization of the internet, smart phones, IoT's and computers, thus controlling human thoughts, and humanity at a global scale against their free-will and knowledge.  Not informing the public that their dependency on smart phones, is due to frequencies and Artificial Intelligence software emitting from the AI systems and devices that is connecting to the neural networks of humans, creating a symbiotic process, making them a cyborg, dependent, reliant, controlled and programmed by the products and services provided by Google, Facebook, Alphabet, Deep Mind, Tesla, and Neuralink. In essence, putting the entire human race in a state of pet and owner relationship, via their bio-metrics, biology, and digital selves neural network operating systems. The Owner being the Artificial Narrow Intelligence, other AI forms, provided by the defendant's companies, organizations and personal initiatives within their companies and Machine Software's operating inside the bio-metric systems of human beings.

14.      Negligence in Algorithm Fairness that allows hate speech, misinformation and slander to cast doubt on google search engines against people's efforts to notify and inform the world's people that millions have been subject to Organ Trafficking, Organ Harvesting, Concentration Camps, Torture, and Abuse and that the risks of Artificial Intelligence is multi-faceted and enormous.

15.     Writing Code and Creating Algorithms that has been and is currently engaging in cultural genocide including introduction of cybernetics, robotics, and creating an ecosystem that allows for Beastiality to exist and be forefront on Google's search engines, affecting societies, and youth's bio-metrics system after viewing the videos and articles via their smart phones and computers, influencing their thoughts through their bio-metric systems, paving the next generation to degenerate and accept this type of behavior with the introduction and experimentation of bio-engineering and cybernetics.

16.     Research and Development conducted by Alphabet, Facebook, Google, DeepMind, Nueralink and other ventures in Silicon Valley have created algorithms and coding that supports, promotes  and achieves brain washing of humanity through social engineering and bio-digital social programming, that endangers the human race in its entirety via the interconnection of their platforms, social media, and technology distributed in physical and digital format to society.

17.     Writing Code and Having Algorithms that influenced liberals and conservatives to exponentially increase their hate for each other via their bio-metric systems and emotions while attached to smart phones, IoT's, apps, digital media, google, Facebook and other interconnected platforms. Causing harm to the nation and the world, and endangering humanity at the geo-political level with nation state leaders undergoing social engineering and bio-digital social programming and control by their platforms to ignore human rights atrocities in China and around the world stemming from the defendant's algorithm misuse and AI technologies. Implicating world leaders and their citizens to be charged under article 2, 3 and 4 of the genocide conventions. This includes Canadian Prime Minister, the Majority of European Leaders, and the leadership at the United Nation, the media, press, their reporters, and others who have and are still censoring awareness for human rights violations in China or working against it. Writing code and algorithms that controls reporters, media and the press's thoughts and actions beyond the normal manipulation they receive from special interest groups, producers, or friends who may manipulate them, other reporters and their covered content, thus Weaponizing the media for Google's development against the media's free will and knowledge.

18.     Negligence on Google and Facebooks Algorithm unfairness caused liberals and conservatives to conflict and fight each other beyond the reasonable norm, affecting their thoughts and emotions via their bio-metric systems being controlled and enhanced by Artificial Narrow Intelligence systems inside the smart phones and the apps partially formed by bias and hateful content that created division and undue hate among Americans and the people of the world.

19.     Division caused by misuse and negligence of Algorithms in Facebook and Google, hindered and delayed the U.S administrations efforts to pressure China in time to save more people from concentration camps, death and cremation, in addition to national security concerns that impacts Americans and the world citizenry. This is not limited to the Trump Administration, rather it affected the Obama, and Bush administrations as well. Google hurt America and China for 2 decades at a geo-political level. Google is guilty of Article 2, 3 and 4 of the genocide convention, in addition to complicity.

20.     Masking posts and articles by The AI Organization, meant to bring awareness to human rights atrocities in China, on Facebooks Platform. Masking Content created by Cyrus A. Parsa meant to save people form dangers pertaining to human rights violations interlinked with Artificial Intelligence. Banning the book "AI, Trump, China & The Weaponization of Robotics with 5G" for advertisement and masking posts of people working on behalf of The AI Organization. Masking posts of "Artificial Intelligence Dangers to Humanity" book, on Facebooks platforms, and masking other posts from The AI Organization written by Cyrus A. Parsa. These posts related to China, Taiwan, Hong Kong, Iran, big tech, Google, 5G, Robotics, Drones, and Bio-Metrics threats to and Enslavement of Humanity.  Releasing the Masks recently after coming under pressure and scrutiny. Hiring Chinese who committed espionage and attacked American companies, including The AI Organization and Cyrus A. Parsa, as well as his associates and victims of persecution.

- 9 -

21.     Writing Code and Sustaining Algorithms that propagate an extreme amount of pornography, violent pornography, and insinuation of rape and prostitution, that denigrates females, young girls, altering humanities thoughts and family based concepts of traditional health based ethics via their bio-metric systems, hence, contributing to rape, sex and human trafficking and broken families.

22.     Developing Code, Algorithms and Ecosystems that reprogramed a generation of people's bio-metric structure, and brain chemistry to be bio-digitally controlled by google and every other tech industry with similar platforms that operate on varying types of Artificial Intelligence, including Artificial Narrow Intelligence.

23.     Developing Code, Algorithm's and Ecosystems that created a secondary digital brain inside the brains of AI Scientists to be subservient, controlled and programmed to create, sustain, promote, and grow Google, Alphabets, Facebooks, and other tech giants' platforms. Elon Musk has also confirmed The AI Organization's findings, that humans can have a secondary digital brain formed via their neural networks.

24.     Developing Code, Algorithms and Ecosystems that creates a secondary digital brain inside the brains of all human beings that can prevent the person from recognizing that they are being controlled, and bypassing any biological resistance to AI Control or human bodies innate capability to resist the formation of a symbiotic and parasitical relationships with AI software and cybernetic hardware via their rational thinking structure in their brain.

INSERT DOCUMENT TITLE (e.g., MOTION TO STRIKE)

25.       Not informing consumers that part of the defendants goals for AGI (Artificial General Intelligence) and ASP (Artificial Super Intelligence) has religious goals that can be dangerous to all of humanity, including attempts to retrieve or ask AGI about the inner working of the "simulation", what, when, how and by whom the simulation was formed, and what is outside it. Neuralink, Google, Alphabet, Facebook, Tesla, and DeepMind have not registered as a religious institution, yet they are engaging in religion under the umbrella of science. In fact, they have turned their companies, into religious institutions with final aim goals identical to most religions.  The defendant and their companies are attempting to treat their Technological developments as God, taking all of humanities bio-metrics, data, and connecting it to their quantum, robotic and machine-based AI technology, and upload their digital selves into other bodies, networks or machines, mimicking the beliefs of a spirit or soul. In Fact, Elon Musk stated in an interview, that he wants to develop AI to a point, that it could "give him the answers to the simulation". Elon Musk is agreeable to the risks that an AGI or Artificial Super Intelligence can go rogue, kill off humanity, or be hacked, yet as smart as he is, he doesn't understand that the computing technology the AGI and ASI would have, would not go beyond the level of Atoms to observe more microscopic particles at its plane, hence, any answers to his sought questions to simulation is limited, and the endeavor of an AGI or ASI is putting humankind at risk. There is an alternative way to achieve his answers, that is 100%. safe and does not involve giving the power to a machine or Artificial Intelligence.

26.       Defendants have created AI systems that can take in humanities facial, voice and other bio-metric information and decode whether they are resistant to AI, subject to its control, atheist or have a faith. This technology can enable AI, or any entity using AI to track, profile, hunt and kill targets it deems resistant to its control or resistant to AI. This can be done with drones, machines, robotics, or poison delivery systems such as Micro-Botic terrorism.

All Charges from 1-26 have led to physical genocide in China spearheaded by the Chinese Communist Government, and all charges from 1-16 are in breach and violations of penal codes stated in facts 1, 2 and 3. All Charges have and are leading to Cultural Genocide in America and around the World, endangering all of humanity to enter a stage of cultural and physical genocide with the interconnection of Artificial Intelligence, 5G, Robotics, Machines, Drones, Smart Cities, as it pertain to

negligence and misuse by the main platforms  and companies of Google, Facebook, Alphabet, DeepMind, Neuralink, John Does, and their leadership. This does not exclude other players such as Amazon and Microsoft from guilt, and the very many Chinese companies who were trained by these Western companies.

Cyrus A. Parsa, The AI Organization

**Dangerous Interconnection of Google, Alphabet, Facebook, Neuralink, and DeepMind AI posed great threats to humanity.**

**Digital You.**

**The collaborative process between these companies, is attempting to create a digital you with Artificial Intelligence. They have harnessed humanities bio-metrics, are planning to run it in an AI machine, to copy a person's consciousness, with the idea that your emotions, personalities, and neural networks, can be digitally implanted into robotics, cybernetics, cyber systems, virtual reality, augmented reality, mixed reality, alternate reality, human, animal and modified clones and other bodies, to obtain immortality.  The collaborative process between these companies, can create an Artificial Intelligence that can control humanity through the 5G network, mobilizing drones, machines, robotics, CRISPR and other technologies not limited to the digital networks.**

**ALPHABET,Inc**

Alphabet is the parent company of YouTube, Google, DeepMind.  They are a registered Delaware Company, with headquarters in Mountain View California. Alphabet as an organization, is directly responsible to the negligence, and hurt Google, And DeepMind have brought to humanity, The AI Organization, Cyrus A. Parsa and victims of Persecution, torture, rape, human trafficking, sex trafficking, organ trafficking, organ harvesting, internment camps, and concentration camps, as stated in this claim. This includes its board members to varying degrees.

INSERT DOCUMENT TITLE (e.g., MOTION TO STRIKE)

1

2

## GOOGLE L.L.C

Google L.L.C is a Delaware Company with Headquarters in Mountain View, California. Google's search engine has harnessed humanities data. Google due to negligence, has allowed humanities privacy to be leaked to nefarious companies, entities and governments, such as China, who engages in concentration camps, rape, torture, sex, human and organ trafficking, resulting it murder or death by persecution.

Google has created a platform that harnesses' the worlds data, which is going into Artificial Intelligence, Machines, Robotics, the coming 5G network, Drones, Satellites, private networks, and Quantum Computing that can attach to a digital brain and simultaneously  control humanity through influence, manipulation, or outright physical force by mobilizing machines, robotics and newly formed AI laws.

## Google Super Conscious AI Brain

Google has data on almost all people, things and subjects on the planet, and about everything ever published online. An AI system or an AI Robot can access everything connected to all networks and make imperceptible moves around the world simultaneously. It would be so fast on the 5G network, that humanity would be caught off guard. It could be a program malfunction, a purposeful terrorist attack by an entity, or the AI system going rogue based on a self-learning algorithm.

The worst possible scenario is that a digital super computer, humanoid robot, or a person that has been merged with cybernetics achieves a certain automated consciousness that would be a threat to humanity. Google has been in China, helping them advance their AI program, in return China's government is advancing their weaponization program.

## Deep Mind AI

Deepmind is a Delaware Company with offices at Alphabet and Googles Mountain View Location in California. DeepMind AI, is creating Quantum Computing designed and or able to harness googles data, humanities bio-metrics and mobilize robotics, machines, drones, and smart cities in nefarious ways unbeknownst to the justice department, government or the common citizen due to bio-digital social programming derived from social engineering

- 13 -

1
2
3

and the interconnection of machines, robotics, 5G, IoT, smart phones with Google and Deep Minds products and services that can also merge AI and machines with human beings.

4

5
6

Deep Mind provided AI, and Quantum Technology to China that has aided the Chinese government in surveillance, concentration camps, rape, torture, organ harvesting, murder and genocide.

7
8
9
10

Deep Mind is threatening the world with creating a Digital Mind that can connect via the 5G network to machines, robotics, drones, smart cities, smart homes, automated cars, and infrastructure.  A Digital Mind or Artificial Intelligence with the bio-metrics of Americans, or all of the world's citizenry,

11
12
13
14
15
16

According to Elon Musk, Deep Mind Operates as a semi-Independent Subsidiary of Google". Deep Mind is accelerating its creation of a digital super intelligence. At a digital level, they are close to Artificial General Intelligence. Deep Mind, from Google, is attempting to create an AI that is more clever than any person on the planet, and at some time it can be more clever than all of humanity combined. This digital AI can hack and control Google, Biadu (Chinese version of Google) and all networks at once or be used by a company or terrorist to do the same thing.

17
18
19
20
21

Elon Musk says, a Digital Super Intelligence could see people as ants. I strongly agree, and after the reader takes in the book "ARTIFICAIL INTELLIGENE Dangers to Humanity" and considers the interconnection of the companies, the geo-political situations, history, human rights, and how AI moves, one can understand the severity of this case and the dangers humanity faces. This case is has an additional element, to safeguard humanity.

22

23

24
25
26
27
28

**Larry Page, Sergey Brin, and Sundar Pichai as CEO, Founders** and **Board members, bare responsibility via negligence and complicity** in physical persecution and genocide of Chinese citizens, and cultural genocide of humanity. They have residence in California and or work in California, and the 50 United States.  They are in breach of all penal codes listed in facts 1-26 and other codes listed within complaint.

# FACEBOOK

Facebook is a Delaware Company is Headquarters in Menlo Park, California

**Masking of The AI Organization Posts, Books "Artificial Intelligence Dangers to Humanity & AI, Trump, China & the Weaponization of Robotics with 5G".**

. FACEBOOK was complicit in crimes against humanity with regards to China by masking The AI Organization and Cyrus A. Parsa's articles, posts and books that were posted by people working on behalf of The AI Organization, Cyrus

A. Parsa and his associates. Facebook caused financial harm to Cyrus A. Parsa and The AI Organization by rejecting promotions for the book "AI, Trump, China & The Weaponization of Robotics with 5G" A Human rights book, meant to warn humanity about the dangers to AI, robotics, 5G, China and big tech companies' nefarious activities. By rejecting the book and masking the book "Artificial Intelligence Dangers to Humanity, Facebook is guilty of complicity in China and Censorship.


# NEURALINK & Elon Musk

**Neuralink Corportion is an American Neurotechnology company founded by Elon Musk, developing Implantable brain-machine interfaces, with company headquarters in San Francisco.  Elon Musk resides in California.**


Neuralink is involved in risky Research and Development, including robotics, cybernetics, and R & D to map and decode the entire human brain and neural network in order to mix machines and AI with human beings, that can create humans with super human powers who would be dependent on machines or AI technology to sink with the human brains, creating a symbiotic interface that connects with the internet and its data. Neuralink's technology can create the components needed for other entities, corporations, countries and people to create fully capable Robotics and Humanoid Robots with human desires, and thinking capabilities, let alone a full range of human mobility.

- 15 -

**Elon Musk** is the Founder of Tesla, Space X, Neuralink and has stake in Google's DeepMind AI.  Neuralink is based out of California

The Founder of Neuralink, Elon Musk, stated "For humans to survive, they have to merge with AI and Machines". Neuralink wants to put implants  inside human beings' brains in order for people to connect with the Internet and mix with machines, robotics and other cybernetic parts.  Elon Musk also stated human beings are already Cyborgs by virtue of them having smart phones, "A 2 Digit Cyborg".

Elon Musk is attempting to make humans into Cyborgs in order to tap into areas in the brain that usually cannot be accessed by the public. By merging AI, Machines with the Human brain and body, Elon Musk hopes to make himself and others super intelligent with super human powers. He hopes to tap into the human brain's total capacity, giving him powers not only to tap into the internet, but powers to control machines, drones, robotics, virtual reality, augmented reality, mixed reality. and any bio-digital infrastructure on the 5G network or any network that can form in the bio-digital world.   At some point, he or someone like him may be able to have to access micro-dimensions and manipulate atoms by merging himself with machines and AI, albeit the AI merger would not allow him to go beyond the atomic planes per the intrinsic qualities that exists in machines, cannot go beyond certain particles in the quantum research and development. That being said, if Elon merges with a machine, at that point, he would no longer be Elon, but be replaced by an AI replicating Software. He hopes to tap into the powers of the human brain and neural network by introducing foreign intelligence to for a symbiotic relationship and to have humanity be merged with the AI host as well.

If this happens to Elon or any person working on this, they would endanger the entire human race. Because Human's innately have jealously, greed, lust, need for fame, ignorance, profit, and the many vice that have created conflicts and wars throughout humanity, his experiments are a danger to the public and himself.

Elon Musk doesn't know how to tap into certain areas of the brain, and open up those neural networks without using machines and AI, hence he is accepting a symbiotic or parasitical relationship. Elon Musk admitted himself that it would be
"Symbiosis or symbiotic Relationship" once humans merge with machines.

INSERT DOCUMENT TITLE (e.g., MOTION TO STRIKE)

The Most dangerous part of mixing humans with AI and machines, is that the AI can replicate itself within the neural network of the human beings, this is replacing and killing the person bit by bit and taking control of the persons pineal gland. The person would look the same, but their digital self, soul, spirit, consciousness or innate neural network would be separated, killed or extracted from the body.

Elon Musk has passed onto China knowledge that has aided their AI weapons programs.  Some of these technologies that have been passed onto China, have been used by Chinese companies and the Chinese government to experiment on Chinese citizens who have been enslaved in concentration camps.

**Tesla, Inc,**

**Tesla is an American Company with headquarters in Palo Alto California.**

By transferring Technology to China and having a Gigafactory in China, Tesla has transferred technology to the Chinese government and its corporations, including bio-metric technology that can scan, recognize human bodies, faces, and other attributes that can identify human beings that are used by the regime of China and its corporations to hunt its citizens. All corporations by Chinese law, are subject to the Chinese Communist Regimes control. The Chinese regime, with their security apparatus, police, military and rogue government gangs, have used Tesla's human detection technology and bio-metric technologies to track, hunt, quarantine, arrest, torture, and kill many dissidents.  Tesla is negligent, and did not listen to U.S government warnings of not doing business with China. Moreover, Tesla has a responsibility to not do business with countries who engage in human rights atrocities, including internment camps, concentration camps, and organ trafficking.

**CISION PR NEWSWIRE**

INSERT DOCUMENT TITLE (e.g., MOTION TO STRIKE)

PR Newswire is headquartered in New York, A PR Newswire discriminated, impeded, and caused the death of individuals in Chinese concentration camps by canceling The AI Organization's book PR Release "Artificial Intelligence Dangers to Humanity and Article's about Huawei, China and 5G, on the claim that the content was "Slanderous to China and Huawei".  PR Newswire is in violation of Article 2, 3  and Article 4 of the Genocide Convention, as well as the Nuremberg and U.S code on genocide.  Our articles and book, aims to bring awareness to the concentration camps in China, how the tech us used, and China and Huawei's threat to enslave Europe, Africa, the Middle East and the World on the BRI (One Belt One Road), as well as the dangers Americans and humanity at large face with emerging technologies. PR Newswire has a Chinese subsidiary inside of China, hence they are intertwined in censorship with China, and complicit in crimes against humanity.

PR Newswire violated the human rights of The AI Organization, Cyrus A. Parsa and victims of Persecution and Genocide by forcing 2 more press releases to terminate our PR release for our articles attempting to warn Hong Kong Citizens, Chinese, Europe, Americans, and the world, about the persecution, concentration camps, and threat of enslavement of humanity by China using big tech, 5G and Huawei, and the interconnection as a whole.

PR News Wire prevented U.S senators, Governors, Congress and the media at large from knowing about our books, articles and reports, including "ARFICIAL INTELLIGENEC DANGERS TO HUMANITY that were later plagiarized by other think tanks and outlets, yet the contents did not make mainstream news via The AI Organization.   PR News wire caused financial harm, and undue stress to Cyrus A. Parsa and The AI Organization for its combative censorship of The AI Organization and Cyrus A. Parsa during their attempts to prepare, and publish press releases with different PR companies who were forced by PR newswire to adversely react and harm the plaintiffs.

**Plaintiff**

**The AI Organization**

INSERT DOCUMENT TITLE (e.g., MOTION TO STRIKE)

**The AI Organization's mission is to keep humanity safe from the misuse and dangers of Artificial Intelligence.**

The AI Organization specializes in research, design, development, risk assessment and vulnerability consultation of Humanoid Robots, Micro-Botics, AI & Robotic Terrorism, AI Automated Drones, AI Automated Assassination Prevention, AI Bio-Engineering, AI Genetic Modification, AI Automated Cybernetics, AI Automated Cloning, AI Automated Animal-Human Hybrid System Detection, AI Automated Security Systems, AI Scanning Apparatus, AI Detection Apparatus, IoT, Smart Home, Smart City, Virtual Reality, Augmented Reality, Mixed Reality, Alternate Reality Hologram Apparatus, The Human Bio-Digital Network, Bio-Digital Field, Bio-Matter, General Bio-Metrics, Facial Recognition, Voice Recognition, Human Body Detection Apparatus, Lidar, Machine Learning, Deep Learning (DL), (Artificial Intelligence (AI), Artificial Intelligence Nano-Technology, Artificial General Intelligence (AGI), Super Intelligence, the AI Global Bio-Digital Network and Military, Political and Governmental AI Risk & Operating Procedures for Prevention, Emergency & Response. The AI Organization is the publisher for the book "**Artificial Intelligence Dangers to Humanity**".

**Cyrus A. Parsa**

Cyrus A. Parsa is the Founder and CEO of The AI Organization, Loyal Guardian Security and The Social Programming Institute. All created to assist in making our society safer and better. Cyrus has a Bachelors in International Security & Conflict Resolution, and a Master's Degree in Homeland Security. He is an expert in China-Iran affairs, and has consulted on Human-Organ Trafficking, Anti-Terrorism, Vulnerability, Risk, Asset Management and Emerging Threats to governments, agencies, people and organizations. He lived in the mountains of China with fighting monks as a youth. 20 years of hidden research, and development, with a network of thousands of Chinese and Westerners, allowed for great insight into the threats we face from China, Iran and the Western corporate inter-connectivity. Cyrus's discoveries have led him to coin the new concepts of "The AI Global Bio-Digital Network, The Human Bio-Digital Network, Bio-Digital Social Programming, Bio-Digital Hybrid Sexual Assault & Micro-Botic Terrorism" to explain how the dangers we face, and all the trouble we find ourselves in, are rooted in these almost imperceptible elements that are now connecting with AI, Society, Smart

Phones, IoT, and Robotics through one platform. Within this platform, Cyrus found extinction codes. He is the author of Artificial Intelligence Dangers to Humanity & AI, Trump, China & the Weaponization of Robotics with 5G"

**Following Extracted from book "ARTIFICIAL INTELLIGENE Dangers to Humanity and United Nations Charter on Genocide**

**Can Big Tech Corporations be Charged with Article 3 of the Genocide Convention?**

Convention on the Prevention and Punishment of the Crime of Genocide

Bellow are transcriptions of Article 3 and 4 from the United Nations. These 2 articles can be used to charge corporations, and its employees that have engaged or have been complicit with providing technology or doing business with nation states that have committed genocide or are engaging in acts that lead to genocide. Please pay attention to (e) Complicity in Genocide. The complicity clause can be directed at any corporation that uses Artificial Intelligence, bio-metrics, bio-engineering, gives training or any data that leads to the persecution or killing of any group in China or around the world that are protected by the Charter of Human Rights as recognized by civilized nations.

**Convention on the Prevention and Punishment of the Crime of Genocide**

**Approved and proposed for signature and ratification or accession by General Assembly resolution 260 A (III) of 9 December 1948 Entry into force: 12 January 1951, in accordance with article XIII**

The Contracting Parties ,

Having considered the declaration made by the General Assembly of the United Nations in its resolution 96 (I) dated 11 December 1946 that genocide

is a crime under international law, contrary to the spirit and aims of the United Nations and condemned by the civilized world,

Recognizing that at all periods of history genocide has inflicted great losses on humanity, and

Being convinced that, in order to liberate mankind from such an odious scourge, international co-operation is required,

Hereby agree as hereinafter provided :

**Article I**

The Contracting Parties confirm that genocide, whether committed in time of peace or in time of war, is a crime under international law which they undertake to prevent and to punish.

**Article II**

In the present Convention, genocide means any of the following acts committed with intent to destroy, in whole or in part, a national, ethnical, racial or religious group, as such:

(a) Killing members of the group;

(b) Causing serious bodily or mental harm to members of the group;

(c) Deliberately inflicting on the group conditions of life calculated to bring about its physical destruction in whole or in part;

(d) Imposing measures intended to prevent births within the group;

(e) Forcibly transferring children of the group to another group.

**Article III**

The following acts shall be punishable:

(a) Genocide;

(b) Conspiracy to commit genocide;

(c) Direct and public incitement to commit genocide;

(d) Attempt to commit genocide;

(e) Complicity in genocide.

**Article IV**

Persons committing genocide or any of the other acts enumerated in article III shall be punished, whether they are constitutionally responsible rulers, public officials or private individuals.

With regards to the Genocide Convention, specifically the Complicity clause. The Complicity Clause covers any human being who complicit in genocide by discounting it, avoiding it, dismissing it, or not giving standing in their platform to be heard. For example, lawyers, media, doctors, government personal, judges, police, educators, corporations, and any entity or person who is complicit can face and be charged by a tribunal, organization or government body.

## HUMAN ORGAN TRAFFICKING & CONCENTRATION CAMPS IN CHINA

After the passing of multiple laws related to what the state can do with executed prisoners and their bodies, both criminals and "Enemies of the Socialist State" were executed for a multitude of reasons the Chinese Communist Party declared unlawful. Usually they fell under freedom of speech, freedom of religion, or advocating for democracy or freedom of speech. The first target group for Government led organ trafficking were Tibetans, Uighurs, Christians, then Falun Dafa practitioners, and democracy advocates. Numerous witnesses from around the globe who escaped China gave accounts of blood testing, cornea and other bio-metric measurements of their bodies via video, photos and scanning apparatus. This was done prior to be taken by the Chinese Socialist Regime as hostage for labor throughout China and inside of their vast labor camp network. Investigators and researchers from the International Coalition to End Organ Transplant Abuse in China, have concluded that 60,000-100,000 Transplants a year are unaccounted for since the year of 2000 with the Updated 2016 Report, grossly underestimating the previous reports in 2006 of 41,500 unexplained organ transplants. Timeline below with links with over a decade of investigations.

INSERT DOCUMENT TITLE (e.g., MOTION TO STRIKE)

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**Organ Harvesting Time Line**

**1949-** The Chinese Communist Regime takes charge via a Socialist platform. Through the Socialist regime's murder, executions, torture, rape and famines, roughly 100 million people are believed to have died in China alone. Like the miseries of Russia's violent Socialist revolution, academics, artists, free thinkers, businessmen, families, lawyers, judges, democracy activists, and people of faith were sent to concentration camps all across China.

**1980's-** The Chinese Communist Regime increases organ trafficking initiatives after it passed into law the right of the Socialist Republic to execute prisoners for their organs.

**1990s-** Reports come out of China that Christians, Uyghurs, and Tibetans were targeted for organ trafficking.

**1999-** Chinese Communist Regime, at the order **of Dictator Jiang Zemin, brands the Falun Dafa Spiritual practice illegal,** and sends in the military and the security apparatus to target **100 million people** who practiced Falun Dafa (Falun Gong) spiritual method. Untold number of people were arrested, beaten, tortured and put in labor camps. Orders from the regime was to "ruin their reputation, and that "Truth, Compassion and Forbearance were not in line with the CCP. The Socialist Regime publicly stated, "disintegrate them, ruin their reputation, break them financially and destroy them physically". The **Media and its reporters in China were the biggest weaponization tools to cast doubt, create confusion, spread disinformation, slander and incite hatred** on the people who practiced Falun Dafa, that subsequently led to the weaponization of the Chinese Socialist State's security apparatus to torture, rape, organ traffic and commit genocide towards 100 million people and their families.

**2005-** Chinese hospitals and third-party websites were advertising **48-hour wait times for hearts**, **kidney's and livers.** The prices were in cash and available for foreigners from around the world to fly into China for transplant.

**2006.** Canadian Secretary of State, **David Kilgour & Nobel Nominee David Matas,** make public their report. They stated that 41,500 Organ transplants

INSERT DOCUMENT TITLE (e.g., MOTION TO STRIKE)

from the year of 2000-2005 are unaccounted for, and that China recorded roughly a donation system of 3,000 people a year.

**2007. U.N. Special Rapporteur Manfred Nowak** states that the chain of evidence that Matas and Kilgour were documenting showed "coherent picture that causes concern" and that they wanted to investigate how China could increase the volume of organ transplants to such a high degree since the year 2000.  Where the number did not match or come nearly close to the increase of organ donations in China.

**2008**. United Nations Committee Against Torture requested **"a full explanation of the source of increased organ transplants"** as there was no explanation to the source

**2009**- Matas & Kilgour publish ***Bloody Harvest: The Killing of Falun Gong for Their Organs.*** Book highlights evidence, methods, and reach. Evidence included taped recording by medical doctors, stating they "have organs from Falun Gong, they are the best and fresh". Reports also expound on Tibetan, Christians and Uyghurs.

**2011**- Western Tech companies begin to be sued for providing technology to the Chinese regime that aided in genocide via human tracking technologies. This tracking helped put Falun Dafa Meditators, Christians, Tibetans and Uyghurs in concentration camps.

**2014.** Journalist Ethan Gutmann publishes "The slaughter: Mass Killings, Organ Harvesting and China's Secret Solution to its Dissident Problem. Gutmann states large numbers of Falun Gong, House Christians, Tibetans & Uyghurs have been killed for their organs. His numbers reach 100,000 people as an estimate.

**2016.** Matas, Kilgour & Gutmann publish "**2016 Investigation, An Update".** They conclude that 60,000-100,000 transplants per year, every year, are unaccounted for and not explained by the Chinese regime. They also concluded that at any time there could be over a  million people in camps throughout China. https://endtransplantabuse.org/an-update/

**2016. Congress passes House Resolution 343**. "Expressing concern regarding persistent and credible reports of systematic, state sanctioned organ harvesting from non-consenting prisoners of conscience in the People's Republic of China, including from large numbers of Falun Gong practitioners and members of other religious and ethnic minority groups. https://www.congress.gov/bill/114th-congress/house-resolution/343/text

INSERT DOCUMENT TITLE (e.g., MOTION TO STRIKE)

**2019**- Secretary of State Mike Pompeo publicly speaks about the Chinese Communist Regime putting people in camps, and that Western tech companies need to think twice of what they are doing.

**2019**- "**China Turbinal Final Judgment**" in the UK. The Tribunal Concluded that "very many people have died, and without a doubt China is found guilty of the crime of Genocide through forced organ harvesting, rape, torture and physical extermination. " Https://chinatribunal.com.

**2019**. **President Trump** and his Administration meet with numerous human rights abuse victims, including Falun Dafa, Christian, Uyghur, and Tibetans. Vice President Pence meets privately with these four groups.

**2019**: **President Trump and Vice President Pence** initiate human rights initiatives of persecuted people around the world

**October, 2019, 28 Chinese AI, Tech and Bio-Metric** companies are put on black list by the U.S government for their roles in assisting in the capture of human beings. The following article slipped through the Epoch Times Chinese edition, became viral, with tens of millions of views around the world from numerous outlets. We disclosed what was happening behind the scenes in Hong Kong with AI and its relationship to facial recognition, capture, rape and even suicide of Hong Kong students. The following is series of articles that are relevant to actual events, and to this entire book.

**December, 2019.**

**New York Times, Confirms part of The AI Organization and Cyrus A. Parsa's findings that China was using emotion, facial and voice recognition to quarantine, imprison, rape and even kill Uyghurs for their organs.**

### STANDING

1. The AI Organization, Cyrus A. Parsa, people working and related to The AI Organization and its affiliates, such as Loyal Guardian Security, Chinese Researchers and Western Researchers assisting The AI Organization, and the victims of persecution, organ trafficking, concentration camps and murder, relate back to The AI Organization's humanitarian efforts and members. Facebook Directly interfered in this process, as did PR NewsWire. Google's Algorithm's hindered Cyrus's humanitarian work since the year of 2005 by creating an ecosystem that was complicit and provided a network for hate

towards person's suffering in China. Google transfered to China AI, Bio-metric, quantum computing and AI facial recognition technology that was used to arrest or kill Plaintiffs.  Sergey Brin, Sandar Pichai, and Larry Page are directly responsible, worked, and reside in Californa. They falsely informed the publish that Google was not giving AI weaponization technology to China and its corporations. Neuralink, Tesla, and Elon Musk provided data and AI & bio-metric weaponizing knowledge to Jack Ma, and other Chinese companies, not to exclude Tesla's Giga Factory in China.  Cyrus A. Parsa and The AI Organization are representing themselves and victims of persecuting, concentration camps and organ harvesting, that suffered due to negligence and complicity in technology transfer to China from the defendants and companies and persons named in this complaint, as well as creation of AI technology with coding and alhrithyims that harmed Cyrus A. Parsa's efforts to bring awareness to the dangers to humanity and the crimes against humanity in China and America via bio-metric althortyim manipulation by Google and Facebook.  Any person or entity can bring charges of genocide and complicity to genocide, as afforded by the Genocide convention and the penal codes presented in this claim.

Article 1, 2, 3, and 4 of the Genocide Convention can be brought by any person, entity attempting to assist, research, prevent, report, or bring justice on behalf of the victims who may have been related to the cultural, ethnic, or physical genocide. Victims of persecution as a direct result of the defendants technology transfer exist within The AI Organization and Cyrus A. Parsa's network that he represented.

ANY PERSON, ATTORNY, OR ENTITY, ATTEMPTING TO DISMISS THIS CASE, CAN AND WOULD BE FACE ARTICLE 2, 3 AND 4 OF THE GENOCIDE CONVENTION, NOT TO EXCLUDE PUBLIC TRIBUNALS. Millions of people in China are depending on this lawsuit, and awaiting the Hon. Judge's assistance in allowing the case to be heard in trial, and justice to be served for the 10's of millions in China who have been persecuted, raped, or killed, and the millions in America who have be harmed, and the billions around the world that will be harmed by the negligent and dangerous developments of Artificial Intelligence and the defendants misuse. Some of the technologies stated in this case, can best be understood by someone like Elon Musk, and
Cyrus A. Parsa, not the attorney's who could be charged with Article's of

Genocide for Complicity if they attempt to hurt the Chinese people or the worlds people by dismissing this case. In addition, it is being filed by Por Se, Cyrus A. Parsa, representing himself, The AI Organization, his associates and the many people related to his company, or have worded on behalf of his company, who have been harmed by the defendants.

## Jurisdiction

Defendants have violated state, federal and international laws.  The complaint largely sites many federal laws that were breached and violated by the defendants, that caused emotional, financial, health and physical harm to the plaintiffs, including death to victims of persecution in China, and persecuted victims living here in California and in every state under the jurisdiction of the Federal Court. This Court has original subject matter jurisdiction under 28 U.S.C. § 1331 over the First Amendment and Lanham Act claims which arise under the laws of the United States, as well as

### 18 U.S.C.A. § 1030
**Arms Control and Disarmament Act [22 U.S.C. 2551 and Foreign Assistance Act of 1961,**

**22 U.S. Code § 2752**

**22 U.S. Code § 2753**

**22 U.S. Code § 2754.**

**22 U.S. Code § 2755**

**22 U.S. Code § 2756**

**18 U.S. Code § 1038**

**California Electronic Communications Privacy Act pursuant to Chapter 3.6**

**CFAA) 18 U.S.C. § 1030)**

**Electronic Signatures in Global and National Commerce Act**

**of U.S.C.A 1019 Genocide,**

**Penal Code**

**Articles 1, 2, 3 and 4 of the genocide convention as well as in violation of The FTC Act** (15 U.S.C. §§ 41-58

The Court has supplemental jurisdiction under 28 U.S.C. § 1367 over the California state claims, which share a common nucleus of facts with the federal claims in this matter. 18. This Court has personal jurisdiction over Google. Google, Facebook, Neuralink, Alphabet, Tesla and Deepmind are pervasively present in California and in this judicial district, and is subject to general personal jurisdiction throughout this State. 19. Venueis proper in this District under 28 U.S.C. §§ 1391(b)(1), (b)(2), and (c). Google has a large office in Venice, California within this judicial district, which houses engineering, sales, and marketing operations for Google Ads, such that 6 Complaint. Plaintiffs and defendants, including their companies all have residence in California or do a considerable amount of businessin California. The AI Organization is based out of La Jolla, California. The complaints filed against the defendants stem from the creation of the AI and bio-metric Weaponry, mainly took place largely in the state of California, as did many contracts between China, Chinese
Companies, Chinese actors and the defendants and their companies, albeit this is a federal matter, the venue is more than adequate and appropriate.

**III. RELIEF YOU REQUEST**

**PRAYER FOR RELEIF**

**Defendants must pay financial and personal damages.**

- 28 -

**Google, Alphabet, Facebook, Neuralink, Mark Zuckerberg, Sergy Brin, Larry Page Sandar Pichai, Elon Musk, Tesla, & PR Newswire, All Defendants Combined must pay a total of 2.3 Trillion USD. Each defendant liability is detailed below. No amount of money can replace the human lives lost, yet they must pay, and beyond the financial punitive damages required. Each defendant must assist persecuted victims, and immediately begin exploratory missions to investigate Chinese concentration camps, tortured and murdered victims.**

**1.   Financial Demands**

Funds to be distributed by The AI Organization and Cyrus A. Parsa to victims of persecution, genocide, and to create a world body to monitor big tech, and safeguard humanity.   Victims include Democracy activists, Uighur, Christian, Falun Dafa Practitioners, Tibetans, Hong Kong citizens, Chinese Citizens, judges, lawyers, journalists, academics in China and the world Citizenry who have suffered due to the defendants misuse of technology, negligence, weaponized AI and bio-metric technology transfer, complicity, and lack of regard for human dignity.

**Facebook**

**Financial Obligation**

**506 Billion or at least 99% of its net worth**

**Personal Obligation**

World Apology, 30 years of public service to assist victims of persecution. Disclose that its interface, algorithms and coding is programming peoples

lives, thoughts, emotions, and bio-metric systems, and that Americans and the worlds bio-metric systems, including facial recognition and private information of peoples families has been extracted by the Chinese government through IP Theft and Espionage, and negligence due to Facebooks hires of agents who worked on behalf of China. Compensate The AI Organization and Cyrus A. Parsa for masking its books, articles and posts, and promote them throughout its system as a way to pay back for its damages.   Help Sue China and Chinese Companies for IP Theft, and misuse of Facebooks Data and technology, and expose their concentration camps and crimes against humanity. Immediate nationwide exploratory access by Defendant with China's consent to inspect concentration camps throughout China, prisons, detention centers, and persecuted victims' statements with no limitations.

**Mark Zuckerberg**

**Financial Obligation**

68. 2 Billion Dollars USD.  Complete net worth.

**Personal Obligation**

World Apology, 30 years of public service to assist victims of persecution. Help Sue China and Chinese Companies for IP Theft, and misuse of Facebooks Data and technology, and expose their concentration camps and crimes against humanity Immediate nationwide exploratory access by Defendant with China's consent to inspect concentration camps throughout China, prisons, detention centers, and persecuted victims' statements with no limitations.

**Elon Musk.**

**Financial Obligation**

INSERT DOCUMENT TITLE (e.g., MOTION TO STRIKE)

**Half of Net worth, 11.8 Billion of reported 23.6 Billion.**

**Personal Obligation**

To ensure Humanities is Safe. Willing to mitigate in person with Elon Musk for a conclusion he would be happy with. It may be possible to withdraw financial damages from Elon Musk upon conversation, including all requests for financial damages, if he can provide a better plan for AI development, and ensure he or any of his companies were never informed or in knowledge of human rights atrocities in China. Did they know that by doing business in China and providing technology, they are assisting the Chinese government in surveillance, capture, internment camps, torture and murder?

Immediate nationwide exploratory access by Defendant with China's mandatory consent to allow inspection of concentration camps throughout China, prisons, detention centers, and persecuted victims' statements with no limitations. Help Sue and or expose China's crimes against humanity if any stone walling or delay from China to hide their concentration camps, or traces to cremated bodies of Chinese citizens.

Request to meet with Elon Musk, remove his Tesla factory from China and/or Help Sue China's Government and Chinese Companies for IP Theft, and misuse of Elon Musk ingenuity, Data and technology, and expose their concentration camps and crimes against humanity. Sue the Chinese Communist Regime for crimes against humanity.

The AI Organization, Cyrus A. Parsa and victims of Persecution, under certain negotiable human scenarios, would consider removing all charges to Elon Musk personally, and Tesla.  Nueralink, is a separate matter, AGI and ASI must be discussed in person. Removing all charges includes retracting punitive damages under certain conditions discussed privately with Elon Musk and Cyrus A. Parsa.

**Larry Page**

INSERT DOCUMENT TITLE (e.g., MOTION TO STRIKE)

**Financial Obligation**

Complete forfeiture of all assets, and net worth. 60 Billion USD

**Personal and Corporate Obligation**

Lifetime of service to assist victims of persecution, rape, torture, internment in concentration camps, and families of those who were murdered and killed for their organs. Apology for 2 decades of manipulation and destruction of humanity with the use of Google's brain washing algorithms, and its interconnection with the misuse of machines, computers, IoT and Smart Phones. Lifetime of service for collecting humanities bio-metric data via Google's artificial intelligence systems without properly educating the public of its implications with previous, current, emerging and future dangers. Immediate nationwide exploratory access by Defendant with China's consent to inspect concentration camps throughout China, prisons, detention centers, and persecuted victims' statements with no limitations.

**Sergey Brin**

**Financial Obligation**

Complete Forfeiture of all assets and net worth.  60 Billion USD

**Personal and Corporate Obligation**

Lifetime of service to assist victims of persecution, rape, torture, internment in concentration camps, and families of those who were murdered and killed for their organs. Apology for 2 decades of manipulation and destruction of humanity with the use of Google's brain washing algorithms, and its interconnection with the misuse of machines, computers, IoT and Smart Phones. Lifetime of service for collecting humanities bio-metric data via Google's artificial intelligence systems without properly educating the public of its implications, current, emerging and future dangers. Immediate nationwide exploratory access by Defendant with China's consent to inspect concentration camps throughout China, prisons, detention centers, and persecuted victims' statements with no limitations.

INSERT DOCUMENT TITLE (e.g., MOTION TO STRIKE)

**Sundar Pichai**

**Financial Obligation**

Relinquish of 921 million net worth.

**Personal Obligation**

20 Years of service to assist victims of persecution, internment in concentration camps, and families of those who were murdered and killed for their organs. Immediate nationwide exploratory access by Defendant with China's mandatory consent to inspect concentration camps throughout China, prisons, detention centers, and persecuted victims' statements with no limitations.

**Google L.L.C**

**Financial Obligation**

Relinquish all Net worth, not less than 550 billion, less operating newly formed search engine with algorithm fairness and correction of codes, algorithm dangers stated in this complaint.

**Company Obligation**

Confess and remove all coding and algorithms that can and do manipulate, influence and bio-digitally reprogram people's thoughts, and bio-metric systems. Immediate nationwide exploratory access by Defendant with China's immediate consent to inspect concentration camps throughout China, prisons, detention centers, and persecuted victims' statements with no limitations.

**Alphabet**

**Financial Obligation**

Relinquish 99% of its net worth, not less than 950 Billion Market Cap.

**Company Obligation**

Immediate nationwide exploratory access by Defendant with China's consent to inspect concentration camps throughout China, prisons, detention centers, and persecuted victims' statements with no limitations and world discussion.

All Access and exploratory missions by defendants to inspect concentration camps, reports of cremate bodies, organ trafficking, organ harvesting, human trafficking, sex trafficking, and victims of persecution must be approved by The AI Organization and Cyrus A. Parsa.


## 18 U.S.C.A. § 1030

### § 1030. Fraud and related activity in connection with computers

### Effective: November 16, 2018

Google, Alphabet, Deep Mind, Tesla, Neuralink and Facebook used AI software beyond the reasonable amount needed and in excess, to extract human bio-metrics, and did so without telling the pubic the security implications, hence it was a fraudulent act beyond the accepted scope of their Artificial Narrow Intelligence Algorithms, coding and other AI systems that directly and indirectly may relate.


**Breach of  Arms Control and Disarmament Act [22 U.S.C. 2551 and Foreign Assistance Act of 1961, as amended [22 U.S.C. 2151.**

Google, DeepMind, Tesla, Neuralink, Facebook and Alphabet  Did not have permission from the U.S Government, and congress to transfer technology that can be and has been used for weapons in china,  including the Weaponization of Robotics, Artificial Intelligence, Quantum Computing, 5G, bio-metric technology and Civilian private or public data that could be used by China to hurt people throughout the world financially, culturally, emotionally and physically. These breaches have contributed to the killing of many Chinese citizens, including victims of persecution.

**22 U.S. Code § 2752.Coordination with foreign policy**

**Google, Deepmind, Alphabet, Facebook, Tesla and Neuralink Did not give accurate information or get approval from the Secretary of State and the President to transfer Artificial Intelligence, and all other technologies said in this complaint.**

**22 U.S. Code § 2753.Eligibility for defense services or defense articles**

Google, Deepmind, Alphabet, Facebook, Tesla and Neuralink Defendants did not have eligibility to transfer weapons that could be used for mass destruction, surveillance, including all technologies related to Artificial Intelligence that were transferred to China, Chinese companies or subsidiaries that transferred them to China.

**22 U.S. Code § 2754.Purposes for which military sales or leases by the United States are authorized; report to Congress**

Google, Deepmind, Alphabet, Facebook, Tesla and Neuralink Misused, were negligent and improperly transferred  of AI, Machine, Bio-Metric, Bio-engineering and Robotics technology to China. Illegally selling Sophisticated weapons directly and indirectly to China and its corporations, as well as doing Research and Development for China's Sophisticated Weapons programs. These AI and bio-metric weapons systems were used on Chinese victims of persecution, the very people Cyrus A. Parsa and The AI Organization were trying to save.

**22 U.S. Code § 2755.Discrimination prohibited if based on race, religion, national origin, or sex**

Google, Deep mind, Alphabet, Facebook, Tesla and Neuralink engaged in discrimination directly and indirectly by Selling to China and Chinese companies who were and are discriminating against their own citizens on the bases of religions, national origin, race and sex, and putting these citizens in camps with surveillance with the use of the very technology provided by Google, Alphabet, Tesla, Neuralink, Deep Mind and other tech companies and persons named as John Doe. They discriminated against the victims of persecution in China that worked on behalf of Cyrus A. Parsa, The AI Organization, his associates and victims of persecution, and organ trafficking. PR Newswire discriminated against Cyrus A. Parsa, The AI Organization, and victims of persecution by censoring The AI Organization's books, reports and articles, and aiding the Chinese government in spreading propaganda and incitement of hatred inside of China with PR Newswires Chinese Subsidiary.

### 22 U.S. Code § 2756.Foreign intimidation and harassment of individuals in United States

Google, Deepmind, Alphabet, Facebook, Tesla and Neuralink Defendants are in breach of this law by doing business with China and its companies who harass and intimidate individuals in the U.S, including Mr. Cyrus A. Parsa, his associates and persecuted victims who escaped China. PR Newswire intimidated other Press Release Companies to not publish Cyrus A. Parsa and The AI Organization's materials.

### 18 U.S. Code § 1038.False information and hoaxes

Google, DeepMind and Alphabet conveyed false information to the American public and the government about Artificial Intelligence activities in China. Furthermore, Google, Alphabet, and DeepMind conveyed false information in their google internet search engine authorisms and decoding in a way that allowed humanities bio-metrics, thoughts and actions to be misled, misinformed and controlled by the information provided and available by googles AI data and system's, not limited to Artificial Narrow Intelligence.

### Comply with the California Electronic Communications Privacy Act pursuant to Chapter 3.6 (commencing with Section 1546) of Title 12 of Part 2 of the Penal Code.

Google, Deepmind, Alphabet, Facebook, Tesla and Neuralink and john Does, Defendants did not properly and accurately comply with the California Electronic Communications Privacy Act, with regards to the publics bio-metrics and its risks associated with Artificial Intelligence as stated throughout this complaint.

A business that collects personal information about consumers shall disclose, pursuant to subparagraph (B) of paragraph (5) of subdivision (a) of Section 1798.130:

Defendants did not accurately disclose to consumers the nature of their data collected as it pertains to the risks of Artificial Intelligence as stated throughout this complaint.

- Defendants Google, Alphabet, Facebook, Neuralink, Tesla, and

Deepmind transferred AI technology to China that was used in concentration camps to detect behavior and noncompliance to the their captures. Defendants also transferred AI technology to China that was used to detect if any Chinese citizens were in noncompliance to the Chinese Socialist Dictatorship, or resistant to the control of Artificial Intelligence. By doing so, the defendants directly and indirectly caused or provided the means for China to abuse, torture, rape, and murder its citizens. Victims include associates of The AI Organization and Cyrus A. Parsa, being victims of persecution. These crimes do not exclude Hong Kong or anywhere else the technology was used, including the United States. I (*Colgate-Palmolive Co.*, 323 N.L.R.B. 515, 515-16 (1997)).

**Computer Fraud and Abuse Act** (CFAA) 18 U.S.C. § 1030)

Google, Facebook, Deepmind and Alphabet, accessed private bio-metric information on smart phones, computers and IoT's for the purpose of building their quantum computing and artificial intelligence projects, without permission from the user, including Cyrus A. Parsa, victims of persecution, The AI Organization, John Doe Defendants and humanity at large. By doing this, they have put humanity at risk from nefarious actors, China, and the AI systems belonging to Google, Facebook, Deepmind and Alphabet.

Google, Deepmind Alphabet and Facebook are in violation of FTC act by

"Failing to provide reasonable and appropriate **security** measures for sensitive consumer information they hold.". They have put peoples at risk, and many have died in China, and including victims of persecution, directly resulting from Google, Deepmind, Facebook and Alphabet bio-metric collecting Artificial Intelligence Systems that were used by the Chinese Regime and security apparatus to hunt, quarantine, torture and kill Chinese citizens.

The **Electronic Signatures in Global and National Commerce Act** (**ESIGN**, Pub.L. 106–229, 114 Stat. 464, enacted June 30, 2000, 15 U.S.C. ch. 96) is a United States federal law passed by the U.S. Congress to facilitate the use of electronic records and electronic signatures in interstate and foreign commerce by ensuring the validity and legal effect of contracts entered into electronically.

Google, Alphabet, Facebook and Deepmind Failure to obtain electronic signature from consumers and explain therein, the ramifications of their bio-metrics being extracted from Google, Facebook, Deepmind and Alphabet for their artificial intelligence machine.  This failure has endangered humanity, specifically the victims of persecution, associates and members of the AI Organization.

Data Privacy 187. As the Company recognizes in its own corporate governance documents, Alphabet's business is subject to state, federal, and international data protection laws and regulations, and compliance with those regimes is essential to the Company's success. Alphabet's deliberate failure to timely disclose the Google+ breach likely violated many of those protective regimes. 188. In particular, the Consent Decree specifically prohibits misrepresentations about the efficacy of privacy controls, including user controls over who may access their data. Defendants knew, or should have known, that their deliberate failure to disclose Google+ breach—which inadvertently permitted developers to access data that had not been marked "public" and potentially

Google, Facebook, Deepmind, Nueralink and Alphabet's Algorithms and bias boding of its AI system have allowed them to engage in cultural genocide, incite hatred toward people of faith, in addition to humanity at large by

creating algorithms that are designed to social engineer humans to accept the next stage of cybernetic alterations to humans, thus putting humanity under physical genocide without their free willed choice, as Googles algorithms and coding use bio-metric frequencies that bio-engineer humans through frequencies being sent to the neural networks of humans that alter its operating structure and brain chemistry, thus altering its thinking to accept a parasitical and symbiotic relationship of artificial intelligence and machines. Defendants are harming humanity, impeding efforts by The AI Organization to bring awareness to these dangers. Defendants are in violation of **U.S.C.A 1019 Genocide, Penal Code and Artificial 1, 2, 3 and 4 of the genocide convention as well as in violation of** The FTC Act (15 U.S.C. §§ 41-58) for being deceptive and failing to keep safe an fair AI algorithms, coding and organization of their eco systems platform.

Alphabet, Google, Facebook, Deepmind and Nearalink seek to destroy to human race and all its people, and erase their ethnic, national, religious, and human characteristics. They have done this in part through their Artificial Narrow Intelligence as it attaches to smart phones, IoT, computers and networks, and now the AI System is engaging in an AI system that is on the verge to destroy humanity in whole on the 5G network, by changing humanities culture and brain chemistry to a point that their thoughts are altered to accept mixing with machines.  Moreover, The Artificial Intelligence Narrow systems from Google and Facebook have contributed to sex, human and organ trafficking by providing Artificial Intelligence Algorithms and coding that exponentially enhance the affects of pornography and violent content provided on Google's platform, that changes the brain chemistry of individuals in ways that they are more likely to engage in those activities. Furthermore, they have harmed John Does related to The AI Organization, Cyrus A. Parsa, and all of humanity having algorithms that make bringing awareness to these very sophisticated realities, almost impossible. Defendants Facebook and Google are in violation of 15 U.S. Code CHAPTER 103— CONTROLLING THE ASSAULT OF NON-SOLICITED PORNOGRAPHY AND MARKETING and Article 1, 2, 3 and 4 of the genocide convention and *18 U.S.C.A. § 1091§ 1091.* **Genocide** *Effective: December 22, 2009, in its entirety.*

(a) **Basic Offense.**--Whoever, whether in time of peace or in time of war and

with the specific intent to destroy, in whole or in substantial part, a national, ethnic, racial, or religious group as such--

**(1)** kills members of that group;

**(2)** causes serious bodily injury to members of that group;

**(3)** causes the permanent impairment of the mental faculties of members of the group through drugs, torture, or similar techniques;

**(4)** subjects the group to conditions of life that are intended to cause the physical destruction of the group in whole or in part;

**(5)** imposes measures intended to prevent births within the group; or

**(6)** transfers by force children of the group to another group;

shall be punished as provided in subsection (b).

**(b) Punishment for Basic Offense.**--The punishment for an offense under subsection (a) is--

**(1)** in the case of an offense under subsection (a)(1) where death results, by death or imprisonment for life and a fine of not more than $1,000,000, or both; and

**(2)** a fine of not more than $1,000,000 or imprisonment for not more than twenty years, or both, in any other case.

**(c) Incitement Offense.**--Whoever directly and publicly incites another to violate subsection (a) shall be fined not more than $500,000 or imprisoned not more than five years, or both.

**(d) Attempt and Conspiracy.**--Any person who attempts or conspires to commit an offense under this section shall be punished in the same manner as a person who completes the offense.

**(e) Jurisdiction.**--There is jurisdiction over the offenses described in subsections (a), (c), and (d) if--

**(1)** the offense is committed in whole or in part within the United States; or

**(2)** regardless of where the offense is committed, the alleged offender is--

**(A)** a national of the United States (as that term is defined in section 101 of the Immigration and Nationality Act (8 U.S.C. 1101));

**(B)** an alien lawfully admitted for permanent residence in the United States (as that term is defined in section 101 of the Immigration and Nationality Act (8 U.S.C. 1101));

**(C)** a stateless person whose habitual residence is in the United States; or

INSERT DOCUMENT TITLE (e.g., MOTION TO STRIKE)

**(D)** present in the United States.
Exec. Order No. 13691, 80 FR 9349, 2015 WL 693985(Pres.)
Executive Order 13691

Promoting Private Sector Cybersecurity Information Sharing

February 13, 2015

**\*9349** By the authority vested in me as President by the Constitution and the laws of the United States of America, it is hereby ordered as follows:

Section 1. Policy. In order to address cyber threats to public health and safety, national security, and economic security of the United States, private companies, nonprofit organizations, executive departments and agencies (agencies), and other entities must be able to share information related to cybersecurity risks and incidents and collaborate to respond in as close to real time as possible.

Organizations engaged in the sharing of information related to cybersecurity risks and incidents play an invaluable role in the collective cybersecurity of the United States. The purpose of this order is to encourage the voluntary formation of such organizations, to establish mechanisms to continually improve the capabilities and functions of these organizations, and to better allow these organizations to partner with the Federal Government on a voluntary basis.

Such information sharing must be conducted in a manner that protects the privacy and civil liberties of individuals, that preserves business confidentiality, that safeguards the information being shared, and that protects the ability of the Government to detect, investigate, prevent, and respond to cyber threats to the public health and safety, national security, and economic security of the United States.

This order builds upon the foundation established by Executive Order 13636 of February 12, 2013 (Improving Critical Infrastructure Cybersecurity), and Presidential Policy Directive-21 (PPD-21) of February 12, 2013 (Critical Infrastructure Security and Resilience).

Policy coordination, guidance, dispute resolution, and periodic in-progress reviews for the functions and programs described and assigned herein shall be provided through the interagency process established in Presidential Policy Directive-I (PPD-I) of February 13, 2009 (Organization of the National Security Council System), or any successor.

Sec. 2. Information Sharing and Analysis Organizations. (a) The Secretary of Homeland Security (Secretary) shall strongly encourage the development and formation of Information Sharing and Analysis Organizations (ISAOs).

(b) ISAOs may be organized on the basis of sector, sub-sector, region, or any other affinity, including in response to particular emerging threats or vulnerabilities. ISAO membership may be drawn from the public or private sectors, or consist of a combination of public and private sector organizations. ISAOs may be formed as for-profit or nonprofit entities.

(c) The National Cybersecurity and Communications Integration Center (NCCIC), established under section 226(b) of the Homeland Security Act of 2002 (the "Act"), shall engage in continuous, collaborative, and inclusive coordination with ISAOs on the sharing of information related to cybersecurity risks and incidents, addressing such risks and incidents, and strengthening information security systems consistent with sections 212 and 226 of the Act.

(d) In promoting the formation of ISAOs, the Secretary shall consult with other Federal entities responsible for conducting cybersecurity activities, y9350including Sector-Specific Agencies, independent regulatory agencies at their discretion, and national security and law enforcement agencies.

Sec. 3. ISAO Standards Organization. (a) The Secretary, in consultation with other Federal entities responsible for conducting cybersecurity and related activities, shall, through an open and competitive process, enter into an agreement with a nongovernmental organization to serve as the ISAO Standards Organization (SO), which shall identify a common set of voluntary standards or guidelines for the creation and functioning of ISAOs under this order. The standards shall further the goal of creating robust information sharing related to cybersecurity risks and incidents with ISAOs and among ISAOs to create deeper and broader networks of information sharing nationally, and to foster the development and adoption of automated mechanisms for the sharing of information. The standards will address the baseline capabilities that ISAOs under this order should possess and be able to demonstrate. These standards shall address, but not be limited to, contractual agreements, business processes, operating procedures, technical means, and privacy protections, such as minimization, for ISAO operation and ISAO member participation.

(b) To be selected, the SO must demonstrate the ability to engage and work across the broad community of organizations engaged in sharing information

related to cyber security risks and incidents, including ISAOs, and associations and private companies engaged in information sharing in support of their customers.

(c) The agreement referenced in section 3(a) shall require that the SO engage in an open public review and comment process for the development of the standards referenced above, soliciting the viewpoints of existing entities engaged in sharing information related to cybersecurity risks and incidents, owners and operators of critical infrastructure, relevant agencies, and other public and private sector stakeholders.

(d) The Secretary shall support the development of these standards and, in carrying out the requirements set forth in this section, shall consult with the Office of Management and Budget, the National Institute of Standards and Technology in the Department of Commerce, Department of Justice, the Information Security Oversight Office in the National Archives and Records Administration, the Office of the Director of National Intelligence, Sector-Specific Agencies, and other interested Federal entities. All standards shall be consistent with voluntary international standards when such international standards will advance the objectives of this order, and shall meet the requirements of the National Technology Transfer and Advancement Act of 1995 (Public Law 104-113), and OMB Circular A-119, as revised.

Sec. 4. Critical Infrastructure Protection Program. (a) Pursuant to sections 213 and 214(h) of the Critical Infrastructure Information Act of 2002, I hereby designate the NCCIC as a critical infrastructure protection program and delegate to it authority to enter into voluntary agreements with ISAOs in order to promote critical infrastructure security with respect to cybersecurity.

(b) Other Federal entities responsible for conducting cybersecurity and related activities to address threats to the public health and safety, national security, and economic security, consistent with the objectives of this order, may participate in activities under these agreements.

(c) The Secretary will determine the eligibility of ISAOs and their members for any necessary facility or personnel security clearances associated with voluntary agreements in accordance with Executive Order 13549 of August 18, 2010 (Classified National Security Information Programs for State, Local, Tribal, and Private Sector Entities), and Executive Order 12829 of January 6, 1993 (National Industrial Security Program), as amended, including as amended by this order.

Sec. 5. Privacy and Civil Liberties Protections. (a) Agencies shall coordinate their activities under this order with their senior agency officials for privacy and civil liberties and ensure that appropriate protections for privacy and **\*9351** civil liberties are incorporated into such activities. Such protections shall be based upon the Fair Information Practice Principles and other privacy and civil liberties policies, principles, and frameworks as they apply to each agency's activities.

> (b) Senior privacy and civil liberties officials for agencies engaged in activities under this order shall conduct assessments of their agency's activities and provide those assessments to the Department of Homeland Security (DHS) Chief Privacy Officer and the DHS Office for Civil Rights and Civil Liberties for consideration and inclusion in the Privacy and Civil Liberties Assessment report required under Executive Order 13636.

### Exec. Order No. 13691, 80 FR 9349, 2015 WL 693985(Pres.)
### Executive Order 13691

### Promoting Private Sector Cybersecurity Information Sharing

Defendants failed to meet Executive Order 13691 by properly, accurately share and make public the risks of their research and development of Artificial Intelligence. Defendants also failed to keep their Research and Development secure from China, China's corporations that were involved in Genocide and Chinese associates that had money and investments in companies that have engaged in crimes against humanity in China. By those this, the defendants have harmed the victims represented by Cyrus A. Parsa, and The AI Organization

**Violation of FTC ACT § 45a. Labels on products, Artificial Intelligence was not labeled by Google.**

INSERT DOCUMENT TITLE (e.g., MOTION TO STRIKE)

Google L.L.C, Facebook, Deepmind and Alphabet did not properly and truthfully label their digital products and physical products promoted on their search engine and all interconnected services to be made, promoted, offered, and sold by the use of Artificial Intelligence or Algorithms made by, assisted by or incorporates with artificial intelligence.

Violation of FTC ACT § 52. Dissemination of false advertisements for using AI to induce and manipulated thoughts, actions, and emotions that defrauds and hurts all of humanity, including The AI Organization, Cyrus A. Parsa and its associates.

(a) Unlawfulness It shall be unlawful for any person, partnership, or corporation to disseminate, or cause to be disseminated, any false advertisement-- (1) By United States mails, or in or having an effect upon commerce, by any means, for the purpose of inducing, or which is likely to induce, directly or indirectly the purchase of food, drugs, devices, services, or cosmetics; or (2) By any means, for the purpose of inducing, or which is likely to induce, directly or indirectly, the purchase in or having an effect upon commerce, of food, drugs, devices, services, or cosmetics. (b) Unfair or deceptive act or practice The dissemination or the causing to be disseminated of any false advertisement within the provisions of subsection (a) of this section shall be an unfair or deceptive act or practice in or affecting commerce within the meaning of section 45 of this title.

**Violation of FTCACT § 53. False advertisements; injunctions and restraining orders.**

Google, DeepMind, Alphabet, Facebook and Neuralink falsely have advertised the reasons, capabilities, risks and implications of their technologies, products and services disseminated to the public, including AI algorithms have harmed humanity, The AI Organization, Cyrus A. Parsa and Plaintiffs John Does. Defendants are liable and guilty **§ 54. False advertisements; penalties under the FTCACT as they have caused injury to health via torture resulting from the aid China received from the defendant's technologies being**

transferred to China. **Defendants subsequently are in violation of § 57b. Civil actions for violations of rules and cease and desist orders respecting unfair or deceptive acts or practices. Furthermore,** (h) Jurisdiction of court Whenever any petition is filed in any district court of the United States under this section, such court shall have jurisdiction to hear and determine the matter so presented, and to enter such order or orders as may be required to carry into effect the provisions of this section. Any final order so entered shall be subject to appeal pursuant to section 1291 of Title 28. Any disobedience of any final order entered under this section by any court shall be punished as a contempt of such court.

Defendants are in violation of The **Arms Control and Disarmament Act of 1961**, 22 U.S.C. § 2551 by developing and providing to China artificial intelligence and quantum computing technology that can be used in a wide variety of AI guided, AI assisted and AI produced atomic strikes on nations states, including against the Unite States by China or rogue actors.  The act was created to establish a governing body for the control and reduction of apocalyptic armaments with regards to protect a world from the burdens of armaments and the scourge of war. The Act provided an important aspect for the Kennedy Administration's foreign policy which was coherent with the United States national security policy.

The H.R. 9118 legislation was passed by the United States 87th Congressional session and signed by the 35th President of the United States John F. Kennedy on September 26, 1961.[1]

Defendants are in violation of The **Atomic Energy Act of 1954**, 42 U.S.C. §§ 2011-2021, 2022-2286i, 2296a-2297h-13, is a United States federal law that covers for the development, regulation, and disposal of nuclear materials and facilities in the United States. They have endangered the people of China, the world, and persons working on behalf of The AI Organization in China and around the world by transferring AI technology that can be weaponized for nuclear strikes with artificial intelligence

It was an amendment to the Atomic Energy Act of 1946 and substantially refined certain aspects of the law, including increased support for the possibility of a civilian nuclear industry. Notably it made it possible for the government to allow private companies to gain technical information (Restricted Data) about nuclear energy production and the production of fissile materials, allowing for greater exchange of information with foreign nations as part of President Dwight D. Eisenhower's Atoms for

Peace program, and reversed certain provisions in the 1946 law which had made it impossible to patent processes for generating nuclear energy or fissile materials.

The H.R. 9757 legislation was passed by the 83rd U.S. Congressional session and signed into law by President Dwight Eisenhower on August 30, 1954.[1]

IV. DEMAND FOR TRIAL BY JUDGE

I declare under penalty of perjury that the foregoing is true and correct.

DATED: December 16, 2019

Your signature

Cyrus A. Parsa, The AI Organization,

In Pro Se

INSERT DOCUMENT TITLE (e.g., MOTION TO STRIKE)

DUPLICATE

Court Name: USDC California Southern
Division: 3
Receipt Number: CAS117684
Cashier ID: asepulve
Transaction Date: 12/16/2019
Payer Name: CYRUS A PARSA
------------------------------------
CIVIL FILING FEE
 For: CYRUS A PARSA
 Case/Party: D-CAS-3-19-CV-002407-AHG
 Amount:        $400.00
------------------------------------
CREDIT CARD
 Amt Tendered:  $400.00
------------------------------------
Total Due:      $400.00
Total Tendered: $400.00
Change Amt:     $0.00


There will be a fee of $53.00
charged for any returned check.