# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| The AI Organization, Inc, Cyrus A. Parsa, Victims of Persecution, Rape, Torture, Concentration Camps, Sex, Human and Organ Trafficking and Organ Harvesting in China, Hong Kong, America and Around the World, not limited to democracy activists Falun Dafa Practitioners, Uyghurs, Christians, Tibetans, Judges, Lawyers and Journalists tortured and killed in China. John Does 1-Unlimited<br><br>*Plaintiff*<br>V.<br>Google L.L.C, Facebook Inc, DeepMind Inc, Alphabet Inc, Neuralink Inc, Tesla Inc, Larry Page, Sergey Brin, Sundar Pichai, Mark Zuckerberg , Elon Musk, CISON PR NewsWire & John Doe's 1-29<br><br>*Defendant* | Civil Action No. 19cv2407-CAB-AHG |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an office or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) - You must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Cyrus A. Parsa, The AI Organization
4275 Executive Square Suite 200
La Jolla, California, 92037
(805-996-0135)

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

Date: 12/16/19



John Morrill
*CLERK OF COURT*

S/           S. Dunbar
*Signature of Clerk or Deputy Clerk*

AO 441    Summons in a Civil Action (Page 2)

**Civil Action No.** 19cv2407-CAB-AHG             Date Issued:    12/16/19

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(1))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____.

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____; or

☐ I left the summons at the individual's residence or place of abode with *(name)* _____

_____, a person of suitable age and discretion who resides there,

on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of the individual)* _____, who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____; or

☐ I returned the summons unexecuted because _____; or

☐ Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under penalty of perjury that this information is true.

Date: _____             _____
                                                                    *Server's Signature*

                                                         _____
                                                                    *Printed name and title*

                                                         _____
                                                                    *Server's address*

---

NOTICE OF RIGHT TO CONSENT TO TRIAL BY A UNITED STATES MAGISTRATE JUDGE

IN ACCORDANCE WITH THE PROVISION OF 28 USC 636(C) YOU ARE HEREBY NOTIFIED THAT A U.S. MAGISTRATE JUDGE OF THIS DISTRICT MAY, UPON CONSENT OF ALL PARTIES, CONDUCT ANY OR ALL PROCEEDINGS, INCLUDING A JURY OR NON-JURY TRIAL, AND ORDER THE ENTRY OF A FINAL JUDGMENT.

YOU SHOULD BE AWARE THAT YOUR DECISION TO CONSENT OR NOT CONSENT IS ENTIRELY VOLUNTARY AND SHOULD BE COMMUNICATED SOLELY TO THE CLERK OF COURT. ONLY IF ALL PARTIES CONSENT WILL THE JUDGE OR MAGISTRATE JUDGE WHOM THE CASE HAS BEEN ASSIGNED BE INFORMED OF YOUR DECISION.

JUDGMENTS OF THE U.S. MAGISTRATE JUDGES ARE APPEALABLE TO THE U.S. COURT OF APPEALS IN ACCORDANCE WITH THIS STATUTE AND THE FEDERAL RULES OF APPELLATE PROCEDURE.