UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CYRUS A. PARSA et al.<br><br>Plaintiffs,<br><br>v.<br><br>GOOGLE L.L.C. et al.,<br><br>Defendants. | Case No.:  19-cv-2407-CAB-AHG<br><br>**ORDER TO SHOW CAUSE** |

This matter comes before the Court on review of the docket.  On December 16, 2019, the complaint was filed [Doc. No. 1], and the summons was issued that same day [Doc. No. 2].  On February 26, 2020, an amended complaint [Doc. No. 3] was filed, and an amended summons was issued that same day [Doc. No. 4].  No other activity has occurred in this case, and there is no indication on the docket that either complaint has been served on any of the dozens of defendants.  Under Federal Rule of Civil Procedure 4(m), "[i]f a defendant is not served within 90 days after the complaint is filed, the court—on motion or on its own after notice to the plaintiff—must dismiss the action without prejudice against that defendant or order that service be made within a specified time."  Accordingly, Plaintiff is hereby **ORDERED TO SHOW CAUSE** in writing, on or before **May 19, 2020**, why this matter should not be dismissed for failure to prosecute.  Failure to timely respond to this order will result in dismissal of this lawsuit.

It is **SO ORDERED**.

Dated: May 5, 2020

_____
Hon. Cathy Ann Bencivengo
United States District Judge