UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CYRUS A. PARSA et al.<br><br>                    Plaintiffs,<br><br>v.<br><br>GOOGLE L.L.C. et al.,<br><br>                    Defendants. | Case No.: 19-cv-2407-CAB-AHG<br><br>**DISMISSAL WITHOUT PREJUDICE** |

In this matter, Plaintiff filed a complaint on December 16, 2019 [Doc. No. 1], and the summons was issued that same day [Doc. No. 2]. On February 26, 2020, Plaintiff filed an amended complaint [Doc. No. 3], and an amended summons was issued that same day [Doc. No. 4]. No other activity has occurred in this case, and there is no indication on the docket that either complaint has been served on any of the dozens of defendants. Under Federal Rule of Civil Procedure 4(m), "[i]f a defendant is not served within 90 days after the complaint is filed, the court—on motion or on its own after notice to the plaintiff— must dismiss the action without prejudice against that defendant or order that service be made within a specified time." Thus, on May 5, 2020, the Court ordered Plaintiff to show cause, in writing, on or before May 19, 2020, why this matter should not be dismissed for failure to prosecute. The order stated that failure to timely respond would result in dismissal of this lawsuit. It is now almost two weeks after the deadline for a response, and no further activity has occurred on the docket of this case. Accordingly, consistent with

1 the Court's order to show cause, it is hereby **ORDERED** that this case is **DISMISSED**
2 **WITHOUT PREJUDICE** for failure to prosecute.
3     It is **SO ORDERED**.
4 Dated: June 1, 2020

_____
Hon. Cathy Ann Bencivengo
United States District Judge